

ORDERED in the Southern District of Florida on May 26, 2022.

*Scott M. Grossman*
Scott M. Grossman, Judge
United States Bankruptcy Court

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

| | |
|---|---|
| In Re: | Case No. 18-23750-SMG<br>(substantively consolidated) |
| DAYMARK REALTY ADVISORS, INC., ET.AL. | Chapter 7 |
| Debtors_____/ | |
| TODD A. MIKLES, ET.AL., | |
| Plaintiffs, | Adv. No. 19-1291-SMG |
| v. | |
| RICHARD CARLSON, ET.AL., | |
| Defendants_____/ | |

### AGREED ORDER GRANTING EX PARTE MOTION FOR DISBURSEMENT OF CASH SUPERSEDEAS BOND

THIS MATTER came before the court ex parte pursuant to Local Rule

9013-1(C)(1) upon the Ex Parte Motion For Disbursement Of Cash Supersedeas Bond ("Motion")(ECF 255), and the court having reviewed this Motion and the docket, being advised that the affected parties have consented to the relief requested in the Motion, and being otherwise fully advised, it is

ORDERED AND ADJUDGED as follows:

1. The Motion is granted.

2. The Clerk Of The United States Bankruptcy Court is directed to disburse from the supersedeas cash bond in the amount of $12,803.18 (Bond No. 468541) the sum of $ 11,678.84 to Chad S. Paiva, Chapter 7 Trustee.  The clerk's check shall be payable to Genovese Joblove & Battista, P.A. Trust Account and delivered by first class mail to Genovese Joblove & Battista, P.A., 200 E. Broward Boulevard, Suite 1110, Fort Lauderdale, FL 33301.

3. The payment described in paragraph No. 2 above fully satisfies Kenneth J. Catanzarite's obligation to Chad S. Paiva, Chapter 7 Trustee imposed by the Order Liquidating And Awarding Compensatory Sanctions (ECF 182)("Sanctions Order"), and releases Catanzarite of any and all liability to Chad S. Paiva, Chapter 7 Trustee pursuant to the Sanctions Order.

4. The Clerk Of The United States Bankruptcy Court is directed to disburse the balance of Bond No. 468541 to Kenneth J. Catanzarite.  The clerk's check shall be payable to Law Offices Of Todd S. Frankenthal Trust Account and

be delivered by first class mail to: Law Offices Of Todd S. Frankenthal, 150 E. Palmetto Park Road, No. 800, Boca Raton, FL 33432.

###

Submitted by:

Todd S. Frankenthal, Esq.
Local Attorney
One E. Broward Blvd.; No. 700
Fort Lauderdale, FL 33301
(954) 356-0464
TSFLaw01@aol.com

Attorney Frankenthal shall serve copies of this
order by CM/ECF or U.S. Mail, and file a Certificate
Of Service thereof