United States Bankruptcy Court

Southern District of Florida

Mikles,
    Plaintiff

Adv. Proc. No. 19-01291-SMG

Carlson,
    Defendant

# CERTIFICATE OF NOTICE

District/off: 113C-0      User: admin      Page 1 of 3
Date Rcvd: Jun 03, 2022      Form ID: pdf004      Total Noticed: 13

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 05, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| ust | + | Guy Van Baalen, DOJ-Ust, 501 E. Polk Street, Tampa, FL 33602-3949 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| ust | + | Email/Text: USTPRegion21.MM.ECF@usdoj.gov | Jun 03 2022 22:40:00 | Office of the US Trustee, 51 S.W. 1st Ave., Suite 1204, Miami, FL 33130-1614 |
| ust | + | Email/Text: USTPRegion03.WL.ECF@USDOJ.GOV | Jun 03 2022 22:40:00 | U.S. Trustee, Office of the United States Trustee, J. Caleb Boggs Federal Building, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801-3519 |
| ust | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 03 2022 22:40:00 | U.S. Trustee., US Dept of Justice, Office of the US Trustee, One Newark Center Ste 2100, Newark, NJ 07102-5235 |
| ust | + | Email/Text: ustpregion02.br.ecf@usdoj.gov | Jun 03 2022 22:40:00 | United States Trustee, Office of the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Room 1006, New York, NY 10014-7016 |
| ust | + | Email/Text: ustpregion21.at.ecf@usdoj.gov | Jun 03 2022 22:40:00 | United States Trustee (cabrera), Office of the United States Trustee, 75 Ted Turner Dr., Suite 362, Atlanta, GA 30303-3330 |
| ust | + | Email/Text: ustp.region21.or.ecf@usdoj.gov | Jun 03 2022 22:40:00 | United States Trustee (davis), Office of the United States Trustee, George C Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801-2210 |
| ust | + | Email/Text: ustp.region21.or.ecf@usdoj.gov | Jun 03 2022 22:40:00 | United States Trustee - (ennever), Office of the United States Trustee, George C Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801-2210 |
| ust | + | Email/Text: ustpregion21.tp.ecf@usdoj.gov | Jun 03 2022 22:40:00 | United States Trustee - FTM7/13, Timberlake Annex, Suite 1200, 501 E Polk Street, Tampa, FL 33602-3949 |
| ust | + | Email/Text: ustp.region21.or.ecf@usdoj.gov | Jun 03 2022 22:40:00 | United States Trustee - JAX 13/7, Office of the United States Trustee, George C Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801-2210 |
| ust | + | Email/Text: ustp.region21.or.ecf@usdoj.gov | Jun 03 2022 22:40:00 | United States Trustee - ORL, Office of the United States Trustee, George C Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801-2210 |
| ust | + | Email/Text: ustp.region21.or.ecf@usdoj.gov | Jun 03 2022 22:40:00 | United States Trustee - ORL7/13, Office of the United States Trustee, George C Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801-2210 |

| District/off: 113C-0 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 03, 2022 | Form ID: pdf004 | Total Noticed: 13 |

| | | | | |
|---|---|---|---|---|
| ust | + Email/Text: ustpregion21.tp.ecf@usdoj.gov | | Jun 03 2022 22:40:00 | United States Trustee - TPA7/13, Timberlake Annex, Suite 1200, 501 E Polk Street, Tampa, FL 33602-3949 |

TOTAL: 12

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| ust | *+ | United States Trustee - ORL7/13, Office of the United States Trustee, George C Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801-2210 |
| ust | *+ | United States Trustee - TPA7/13, Timberlake Annex, Suite 1200, 501 E Polk Street, Tampa, FL 33602-3949 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 05, 2022                         Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 3, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Barry P Gruher | on behalf of Interested Party Chad S. Paiva  Chapter 7 Trustee bgruher@gjb-law.com, vlambdin@gjb-law.com;gjbecf@gjb-law.com;cscavone@gjb-law.com;gjbecf@ecf.courtdrive.com;cscavone@gjb-law.com |
| Eric D Jacobs | on behalf of Interested Party Chad S. Paiva  Chapter 7 Trustee ejacobs@gjb-law.com, btraina@gjb-law.com,chopkins@gjb-law.com,vlambdin@gjb-law.com,btraina@ecf.courtdrive.com,preynolds@gjb-law.com |
| Kenneth Joseph Catanzarite | on behalf of Defendant NNN Plantations at Haywood 1  LLC kcatanzarite@catanzarite.com |
| Kenneth Joseph Catanzarite | on behalf of Defendant NNN 1600 Barberry Lane 9  LLC kcatanzarite@catanzarite.com |
| Kenneth Joseph Catanzarite | on behalf of Attorney Kenneth J Catanzarite kcatanzarite@catanzarite.com |
| Kenneth Joseph Catanzarite | on behalf of Defendant William B. Gilmer kcatanzarite@catanzarite.com |
| Kenneth Joseph Catanzarite | on behalf of Defendant Richard Carlson kcatanzarite@catanzarite.com |
| Kenneth Joseph Catanzarite | on behalf of Creditor NNN 1818 Market Street 13  LLC kcatanzarite@catanzarite.com |
| Kenneth Joseph Catanzarite | on behalf of Defendant NNN 1600 Barberry Lane 8  LLC kcatanzarite@catanzarite.com |
| Kenneth Joseph Catanzarite | on behalf of Defendant NNN Plantations at Haywood 2  LLC kcatanzarite@catanzarite.com |
| Kenneth Joseph Catanzarite | |

| | | |
|---|---|---|
| District/off: 113C-0 | User: admin | Page 3 of 3 |
| Date Rcvd: Jun 03, 2022 | Form ID: pdf004 | Total Noticed: 13 |

    on behalf of Defendant Milton O. Brown kcatanzarite@catanzarite.com

Kenneth Joseph Catanzarite

    on behalf of Defendant Dennis Dierenfield kcatanzarite@catanzarite.com

Kenneth Joseph Catanzarite

    on behalf of Defendant NNN Plantations at Haywood 13  LLC kcatanzarite@catanzarite.com

Kenneth Joseph Catanzarite

    on behalf of Defendant Tyrone Wynfield kcatanzarite@catanzarite.com

Kenneth Joseph Catanzarite

    on behalf of Defendant NNN Plantations at Haywood 23  LLC kcatanzarite@catanzarite.com

Thomas M. Messana, Esq.

    on behalf of Plaintiff Sovereign Capital Management Group  Inc. tmessana@underwoodmurray.com, dstrand@underwoodmurray.com;tmessana@bellsouth.net

Thomas M. Messana, Esq.

    on behalf of Plaintiff GCL  LLC tmessana@underwoodmurray.com, dstrand@underwoodmurray.com;tmessana@bellsouth.net

Thomas M. Messana, Esq.

    on behalf of Plaintiff Sovereign Strategic Mortgage Fund  LLC tmessana@underwoodmurray.com, dstrand@underwoodmurray.com;tmessana@bellsouth.net

Thomas M. Messana, Esq.

    on behalf of Plaintiff Todd A. Mikles tmessana@underwoodmurray.com dstrand@underwoodmurray.com;tmessana@bellsouth.net

Thomas M. Messana, Esq.

    on behalf of Plaintiff Infinity Urban Century  LLC tmessana@underwoodmurray.com, dstrand@underwoodmurray.com;tmessana@bellsouth.net

Thomas M. Messana, Esq.

    on behalf of Plaintiff Etienne Locoh tmessana@underwoodmurray.com  dstrand@underwoodmurray.com;tmessana@bellsouth.net

Todd S Frankenthal, Esq

    on behalf of Defendant Dennis Dierenfield tsflaw01@aol.com  ejacobsonattsflaw@gmail.com

Todd S Frankenthal, Esq

    on behalf of Attorney Kenneth J Catanzarite tsflaw01@aol.com  ejacobsonattsflaw@gmail.com

Todd S Frankenthal, Esq

    on behalf of Defendant Richard Carlson tsflaw01@aol.com  ejacobsonattsflaw@gmail.com

Todd S Frankenthal, Esq

    on behalf of Defendant NNN Plantations at Haywood 1  LLC tsflaw01@aol.com, ejacobsonattsflaw@gmail.com

Todd S Frankenthal, Esq

    on behalf of Defendant Milton O. Brown tsflaw01@aol.com  ejacobsonattsflaw@gmail.com

Todd S Frankenthal, Esq

    on behalf of Defendant Tyrone Wynfield tsflaw01@aol.com  ejacobsonattsflaw@gmail.com

Todd S Frankenthal, Esq

    on behalf of Defendant NNN 1600 Barberry Lane 8  LLC tsflaw01@aol.com, ejacobsonattsflaw@gmail.com

TOTAL: 28



**ORDERED in the Southern District of Florida on June 2, 2022.**

_____
**Scott M. Grossman, Judge
United States Bankruptcy Court**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

| | |
|---|---|
| In Re: | Case No. 18-23750-SMG |
| | (substantively consolidated) |
| DAYMARK REALTY ADVISORS, INC., ET.AL. | Chapter 7 |
| Debtors _____/ | |
| TODD A. MIKLES, ET.AL., | |
| Plaintiffs, | Adv. No. 19-1291-SMG |
| v. | |
| RICHARD CARLSON, ET.AL., | |
| Defendants _____/ | |

### AMENDED AGREED ORDER GRANTING EX PARTE MOTION FOR DISBURSEMENT OF CASH SUPERSEDEAS BOND

THIS MATTER came before the court ex parte pursuant to Local Rule

9013-1(C)(1) upon the Ex Parte Motion For Disbursement Of Cash Supersedeas Bond ("Motion")(ECF 255), and the court having reviewed this Motion and the docket, being advised that the affected parties have consented to the relief requested in the Motion, and being otherwise fully advised, it is

ORDERED AND ADJUDGED as follows:

1. The Motion is granted.

2. The Clerk Of The United States Bankruptcy Court is directed to disburse from the supersedeas cash bond in the amount of $12,803.18 (Bond No. 468541) the sum of $ 11,678.84 to Chad S. Paiva, Chapter 7 Trustee.  The clerk's check shall be payable to Genovese Joblove & Battista, P.A. Trust Account and delivered by first class mail to Genovese Joblove & Battista, P.A., 200 E. Broward Boulevard, Suite 1110, Fort Lauderdale, FL 33301.

3. The payment described in paragraph No. 2 above fully satisfies Kenneth J. Catanzarite's obligation to Chad S. Paiva, Chapter 7 Trustee imposed by the Order Liquidating And Awarding Compensatory Sanctions (ECF 182)("Sanctions Order"), and releases Catanzarite of any and all liability to Chad S. Paiva, Chapter 7 Trustee pursuant to the Sanctions Order.

4. The Clerk Of The United States Bankruptcy Court is directed to disburse the balance of Bond No. 468541 plus all accrued interest to Kenneth J. Catanzarite.  The clerk's check shall be payable to Law Offices Of Todd S. Frankenthal Trust Account and be delivered by first class mail to: Law Offices Of

Todd S. Frankenthal, 150 E. Palmetto Park Road, No. 800, Boca Raton, FL 33432.

# # #

Submitted by:

Todd S. Frankenthal, Esq.
Local Attorney
One E. Broward Blvd.; No. 700
Fort Lauderdale, FL 33301
(954) 356-0464
TSFLaw01@aol.com

3

Attorney Frankenthal shall serve copies of this
order by CM/ECF or U.S. Mail, and file a Certificate
Of Service thereof